RECVD'05 OCT 31 14:30USDC-ORP

Alan M. Lee, OSB No. 68094
alee@bullardlaw.com
Francis T. Barnwell, OSB No. 84162
fbarnwell@bullardlaw.com
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205
(503) 248-1134/telephone
(503) 224-8851/facsimile

FILED'05 NOV 02 13:14USDC-ORE

    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **LAURA GAGE,** | Case No. 04-CV-302-AA |
| Plaintiff, | |
| v. | **STIPULATION, ORDER AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **FRED MEYER JEWELERS, INC., FRED MEYER STORES, INC., and FRED MEYER, INC.,** | |
| Defendants. | |

    Pursuant to the settlement between Plaintiff Laura Wilson-Gage and Defendants Fred Meyer Jewelers, Inc.; Fred Meyer Stores, Inc.; and Fred Meyer, Inc., through their counsel,

///

///

///

///

///

Page 1 -  STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

that Plaintiff's Complaint and all claims therein shall be dismissed with prejudice and without costs or attorney fees for either party,

It is hereby stipulated to.

BULLARD SMITH JERNSTEDT WILSON

By: _____
Alan M. Lee, OSB No. 68094
Attorneys for Defendants

_____
Elizabeth Farrell

Dated: 10/24, 2005          Dated: 10/25, 2005

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorney fees to any party.

DATED: November 1, 2005.

_____
Hon. Ann Aiken
United States District Judge

Page 2 -  STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE